**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dr. Jay Joshi and National Pain Centers, LLC<br>Plaintiff,<br><br>vs.<br><br>Dr. Jay K. Joshi, Institute of Advanced Care &<br>Analytics, PC d/b/a Prestige Clinics<br>Defendant. | Civil Action No. 1:18−cv−05426<br><br>Honorable Sara L. Ellis |

## JOINT STIPULATION

WHEREAS the Plaintiffs in this case obtained an alias summons as to Defendant Jay K. Joshi on August 28, 2018 and a summons as to Defendant Institute of Advanced Care & Analytics, PC on August 29, 2018;

WHEREAS the Defendant Jay K. Joshi, through his counsel, William W. Flachsbart, agreed to waive service of process on Defendant Dr. Joshi;

WHEREAS the Plaintiffs appeared to have served both Dr. Joshi and Advanced Care & Analytics, PC on October 5, 2018, by personal service;

WHEREAS the parties want to align the time for responsive pleadings due from the Defendants;

NOW THEREFORE, the parties agree and stipulate that:

The Defendants Dr. Jay K. Joshi and Advanced Care & Analytics, PC shall have until and including December 3, 2018, to file a responsive pleading or motion.

| | |
|---|---|
| For Dr. Jay Joshi and<br>National Pain Centers, LLC, Plaintiffs | For Dr. Jay K. Joshi, Institute of Advanced<br>Care & Analytics, PC d/b/a Prestige Clinics |
| /s/Mikhael Bortz | /s/William W. Flachsbart |
| Mikhael Bortz (mbortz@bortzlawfirm.com)<br>BORTZ LAW FIRM, PA<br>4245 Knox Ave.<br>Chicago, IL<br>(800) 608-5407 | William W. Flachsbart (wwf@fg-law.com)<br>Michael R. La Porte (mrl@fg-law.com)<br>FLACHSBART & GREENSPOON, LLC<br>333 N. Michigan Ave. − Suite 2700<br>Chicago, IL 60601<br>(312) 551-9500 (phone)<br>(312) 551-9501 (fax) |